EXHIBIT E



E-1