AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Central District of California

| | |
|---|---|
| CUPCAKE SUSHI, LLC, a Florida Limited Liability Company; LORI SHUBERT, an individual<br><br>*Plaintiff(s)*<br>v.<br>JAMIE SPEIRS, an Individual; MICHAEL SANTIAGO, an Individual; BATURHAN CORABATIR, an Individual; BATUSER, INC. dab SUSHI SWEETS, a California Corporation; and DOES 1 through 25, Inclusive<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 8:17-CV-01078<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jamie Speirs, 24002 Via Fabricante, #401, Mission Viejo, California 92691
Michael Santiago, 24002 Via Fabricante, #401, Mission Viejo, California 92691
Baturhan Corabatir, 24002 Via Fabricante, #401, Mission Viejo, California 92691
Batuser, Inc., 1320 City Lights Drive, Aliso Viejo, California 92656l

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tracy Neal-Lopez (SBN 225367)
NEAL-LOPEZ LAW GROUP
111 W. Ocean Blvd., Suite 400
Long Beach, California 90802
Tel: (562) 216-8140
Fax: (562) 216-8001
Email: tracy@neallopezlawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____           _____
                                                                                *Signature of Clerk or Deputy Clerk*